## MOTION DOCKET
### *Continued*

**88-1051.** Clinton Gas Marketing, Inc. v. Pub. Util. Comm. Appeal from the Public Utilities Commission of Ohio, No. 87-30-GA-AEC. On joint motion to adopt record. Motion granted.

Moyer, C.J., not participating.

**88-1069.** Weiss v. Ferro Corp. *Lucas County,* No. L-87-313. On motion to file corrected memorandum. Motion granted.

**88-1184.** Look v. Cleveland Metroparks System. *Cuyahoga County,* No. 53759. On motion for leave to file instanter. Motion granted.

**88-1221.** Aultman Hospital Assn. v. Community Mut. Ins. Co. *Stark County,* No. CA 7307. On motion for leave to file *amicus* of Blue Cross and Blue Shield Assn. Motion granted.

**88-1241.** State v. Piersall. *Warren County,* No. CA87-06-052. On motion for leave to file delayed appeal. Motion granted.

Moyer, C.J., and Holmes, J., dissent.

**88-1251.** State v. Powell. *Cuyahoga County,* No. 54079. On motion for leave to file amended notice of appeal and on motion to transmit record. Motions denied.

Holmes, J., dissents.

**88-1265.** State v. Wiles. *Portage County,* No. 1675. On motion for leave to withdraw. Motion granted.

**88-1269.** Perry v. Buckeye Community Services. *Pike County,* No. 412. On motion for leave to file notice of appeal instanter. Motion granted.

**88-1279.** State v. Rosa. *Cuyahoga County,* No. 53755. On motion for leave to file delayed appeal. Motion granted.

**88-1311.** State v. Churchill. *Franklin County,* No. 87AP-865. On motion for leave to file delayed appeal. Motion granted.

On motion for appointment of counsel. Motion denied.

Holmes and H. Brown, JJ., dissent.